## RECONSIDERATION OF PRIOR DECISIONS

**2008–2047. State v. Palmer.**
Hamilton App. No. C–010583, 178 Ohio App.3d 192, 2008-Ohio-4604. Reported at 124 Ohio St.3d 282, 2010-Ohio-224, 921 N.E.2d 649. On motion for reconsideration. Motion denied.

PFEIFER, LUNDBERG STRATTON, and O'DONNELL, JJ., dissent and would grant the motion and hold the cause for the decision in 2009–0897, *State v. Fischer,* Summit App. No. 24406, 2009-Ohio-1491.

**2009–0064. Meadows Dev., L.L.C. v. Champaign Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2007–B–595. Reported at 124 Ohio St.3d 349, 2010-Ohio-249, 922 N.E.2d 209. On motion for reconsideration. Motion denied.

**2009–0290. State v. Antenori.**
Cuyahoga App. No. 90580, 2008-Ohio-5987. Reported at 124 Ohio St.3d 1219, 2010-Ohio-576, 922 N.E.2d 965. On motion for reconsideration. Motion denied.

**2009–1100. Disciplinary Counsel v. Bennett.**
Board of Commissioners on Grievances and Discipline, No. 08–037. Reported at 124 Ohio St.3d 314, 2010-Ohio-313, 921 N.E.2d 1064. On motion for reconsideration. Motion denied.

PFEIFER, LUNDBERG STRATTON, and LANZINGER, JJ., dissent.

**2009–2042. State v. Cubic.**
Medina App. No. 09CA0005–M, 2009-Ohio-5051. Reported at 124 Ohio St.3d 1475, 2010-Ohio-354, 921 N.E.2d 246. On motion for reconsideration. Motion denied.

**2009–2121. State v. Hughley.**
Cuyahoga App. Nos. 92588 and 93070, 2009-Ohio-5824. Reported at 124 Ohio St.3d 1477, 2010-Ohio-354, 921 N.E.2d 247. On motion for reconsideration. Motion denied.

**2009–2143. State v. Lee.**
Stark App. No. 2009CA00097, 2009-Ohio-5488. Reported at 124 Ohio St.3d 1477, 2010-Ohio-354, 921 N.E.2d 247. On motion for reconsideration. Motion denied.

**2009–2144. George v. Ohio Bur. of Workers' Comp.**
Stark App. No. 2009CA00146, 2009-Ohio-5787. Reported at 124 Ohio St.3d 1477, 2010-Ohio-354, 921 N.E.2d 248. On motion for reconsideration. Motion denied.

**2009–2148. Battaglia v. Conrail.**
Lucas App. No. L–08–1332, 2009-Ohio-5505. Reported at 124 Ohio St.3d 1477, 2010-Ohio-354, 921 N.E.2d 248. On motion for reconsideration. Motion denied.

MOYER, C.J., and LUNDBERG STRATTON, J., dissent and would grant the motion and accept the appeal on Proposition of Law Nos. I and II.

O'CONNOR, J., dissents and would grant the motion and accept the appeal on Proposition of Law No. II.

**2009–2234. Musleve v. Musleve.**
Stark App. No. 2009CA00014, 2009-Ohio-5789. Reported at 124 Ohio St.3d 1478, 2010-Ohio-354, 921 N.E.2d 248. On motion for reconsideration. Motion denied.

LUNDBERG STRATTON, J., dissents.

**2009–2332. In re A.C.**
Warren App. No. CA2009–07–098, 2009-Ohio-6242. Reported at 124 Ohio St.3d 1494, 2010-Ohio-670, 922 N.E.2d 228. On motion for reconsideration. Motion denied.